FILED

04/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0094

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No.
DA 20-0094

| | |
|---|---|
| MILLIGAN ACCOUNTING, INC.,  ) | |
| ) | |
| Plaintiff/Appellee,  ) | |
| ) | |
| vs.  ) | |
| ) | **ORDER FOR DISMISSAL** |
| JUNKERMIER, CLARK, CAMPANELLA,  ) | **WITH PREJUDICE** |
| STEVENS, P.C., CHRISTINA RIEKENBERG,  ) | |
| PAUL UITHOVEN, TERRY L. ALBORN, and  ) | |
| ALBORN, UITHOVEN, RIEKENBERG, P.C.  ) | |
| d/b/a AMATICS CPA GROUP,  ) | |
| ) | |
| Defendants/Appellants.  ) | |
| ) | |

Milligan Accounting, Inc., and Junkermier, Clark, Campanella, Stevens, P.C., having filed a Joint Stipulation for Dismissal pursuant to Rule 16, M. R. App. P., and good cause appearing therefrom, it is hereby ordered that:

Milligan Accounting, Inc., and Junkermier, Clark, Campanella, Stevens, P.C.'s appeals and cross-appeals as against each other are hereby dismissed with prejudice.

DATED this _____ day of April, 2020.

_____